■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. LEROY STEWART, Appellant, v JAMES B. SULLIVAN, as Superintendent of Sing Sing Correctional Facility, et al., Respondents. — In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Westchester County (Palella, J.), entered February 10, 1984, which dismissed the petition.

Appeal dismissed, without costs or disbursements.

Petitioner has been released from custody and therefore is not entitled to the extraordinary writ of habeas corpus (*People ex rel. Julio v Walters*, 58 NY2d 881; *People ex rel. Bovian v Johnson*, 103 AD2d 813). Lazer, J. P., Mangano, O'Connor and Brown, JJ., concur.